## BOBBY GROOMES *v.* COMMISSIONER OF CORRECTION

The petitioner Bobby Groomes' petition for certification for appeal from the Appellate Court, 86 Conn. App. 486 (AC 24154), is denied.

*Timothy H. Everett,* special public defender, in support of the petition.

*Mitchell S. Brody,* senior assistant state's attorney, in opposition.

Decided February 16, 2005

## EMPLOYERS REINSURANCE CORPORATION *v.* ANTHONY L. MURO, JR., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 86 Conn. App. 551 (AC 24392/ AC 24393/AC 24394), is denied.

*Darren P. Renner,* in support of the petition.

*Thomas P. Willcutts,* in opposition.

Decided February 16, 2005